Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Lee Valley Tools Ltd., | No.  2:22-cv-01023-JCC |
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| Progressive International Corporation, | |
| Defendant. | **NOTE ON MOTION CALENDAR: 8/12/2022** |

Plaintiff Lee Valley Tools Ltd. and Defendant Progressive International Corporation, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.      The deadline for Defendant to respond to Plaintiff's Complaint is currently August 17, 2022.

2.      The parties are discussing a possible resolution of this lawsuit and agree that the time for Defendant to respond to the Complaint should be extended by twenty-one days up to and through September 7, 2022.

3.      The parties respectfully request that the Court enter the below Order extending the response deadline as stipulated.

//

//

//

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:22-CV-01023-JCC) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
206.624.3600

1

2          IT IS SO STIPULATED.

3    Dated:  August 12, 2022              Dated: August 12, 2022

4    **DORSEY & WHITNEY LLP**             **FOX ROTHSCHILD LLP**

5

6    /s/ Dylan Harlow                     /s/ James E. Breitenbucher
     Dylan Harlow, WSBA #58422            James E. Breitenbucher, WSBA #27670
7    701 Fifth Avenue, Suite 6100         1001 Fourth Avenue, Suite 4400
     Seattle, WA  98104-7043              Seattle, WA 98154
8    206-903-8800                         206-624-3600
     Harlow.Dylan@Dorsey.com              jbreitenbucher@foxrothschild.com
9
     Counsel for Plaintiff                Counsel for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
(CASE NO. 2:22-CV-01023-JCC)  - 2

1

## **ORDER**

2          Based on the foregoing stipulation of the parties and good cause shown, IT IS

3    HEREBY ORDERED that the time for Defendant to respond to Plaintiff's Complaint is

4    extended up to and through September 7, 2022.

5          DATED this 15th day of August 2022.

6

7

8

9

10                                                              John C. Coughenour
                                                                UNITED STATES DISTRICT JUDGE

11

12    Presented by:

13    /s/ James E. Breitenbucher
      James E. Breitenbucher, WSBA #27670

14    FOX ROTHSCHILD LLP
      1001 Fourth Avenue, Suite 4400

15    Seattle, WA 98154
      Telephone:    206.624.3600

16    Facsimile:    206.389.1708
      jbreitenbucher@foxrothschild.com

17

18    *Attorneys for Defendant Progressive*
      *International Corporation*

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME                                    **FOX ROTHSCHILD LLP**
TO RESPOND TO PLAINTIFF'S COMPLAINT                               1001 FOURTH AVENUE, SUITE 4400
(CASE NO. 2:22-CV-01023-JCC)  - 3                                            SEATTLE, WA 98154
                                                                                206.624.3600

136840586